# ELECTRONIC RECORD

253-15
254-15

COA # 06-14-00094-CR        OFFENSE: 22.02

Companion
case also

STYLE: Royce William Tawater v. The State of Texas        COUNTY: Hunt

COA DISPOSITION:    Affirmed        TRIAL COURT: 354th District Court

DATE: 2/4/15        Publish: No   TC CASE #:   29,310

## IN THE COURT OF CRIMINAL APPEALS

253-15
254-15

STYLE: Royce William Tawater v. The State of Texas        CCA #:

_____PRO SE_____ Petition        CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:

_____REFUSED_____        JUDGE:

DATE: 04/29/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____